UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CYNTHIA WRIGHT

VERSUS

SAFECO INSURANCE COMPANY OF
OREGON, ET AL.

CIVIL ACTION

22-759-SDD-RLB

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 3, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute.

Signed in Baton Rouge, Louisiana the 25 day of October, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 33.